(May 13, 1938.)

INDUSTRIAL RAYON CORPORATION, Respondent, v. TUBIZE CHATILLON CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEROME A. JACOBS, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

JOSEPH SINGER, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements, on the authority of *Good Health Dairy Products Corporation of Rochester* v. *Emery* (275 N. Y. 14). Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Townley, J., dissents.

In the Matter of SOLOMON GAVRIN, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

J. WALTER THOMPSON ADVERTISING CORPORATION and EARLE CLARK, Respondents, v. MELVIN J. WOODWORTH, Appellant, Impleaded with Another, Defendant. — Whether or not the sufficiency of the counterclaim may be raised on motion for a trial by jury of the issues raised by the reply thereto (Civ. Prac. Act, §§ 424, 425), we are of opinion that the motion should have been granted as the counterclaim states a good cause of action at law. Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

CITY BANK FARMERS TRUST COMPANY, Respondent, v. CARVO REALTY COMPANY, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

STERLING NATIONAL BANK & TRUST COMPANY OF NEW YORK, as Trustee under a Mortgage Indenture Dated June 15, 1936, Made by 7 EAST 44TH ST. CORP., Plaintiff, Respondent, v. 7 EAST 44TH ST. CORP, Defendant, Respondent, Impleaded with Others, Defendants. CHARLES MARTER, Committee, Respondent; 7 EAST 44TH ST. OFFICE BUILDING BONDHOLDERS' COMMITTEE, Respondent; CITY BANK FARMERS TRUST COMPANY and Another, as Trustees, etc., of FRANCIS G. LLOYD, Deceased, Appellants.— Order reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, etc., for an Order to Take Possession of the Property and Liquidate the Business of the CONCORD CASUALTY AND SURETY COMPANY. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Claimant, Appellant; GEORGE S. VAN SCHAICK, as Superintendent of Insurance, etc., as Liquidator, etc., Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ. [163 Misc. 596.]

IRVING SCHWARTZBACH, Appellant, v. EVERARD K. HOMER, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.